RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Jamie Madrid-Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMIE OBDULIO MADRID-HERNANDEZ,<br><br>    Defendant. | Case No. 2:19-mj-00684-VCF<br><br>**STIPULATION TO CONTINUE STATUS CHECK HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sylvia A. Irvin, Assistant Federal Public Defender, counsel for Jamie Madrid-Hernandez, that the Status Check Hearing currently scheduled on June 23, 2020, be vacated and continued to October 6, 2020.

This Stipulation is entered into for the following reasons:

1. In order to allow Mr. Madrid-Hernandez additional time to complete his requirements and to pay his fine, he requests a continuance.

2. The government has agreed to extend the amount of time Mr. Madrid-Hernandez has to complete his requirements.

3. Mr. Madrid-Hernandez is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the status check hearing.

DATED this 22nd day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Sylvia A. Irvin*<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By */s/ Rachel Kent*_____<br>RACHEL KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMIE OBDULIO MADRID-HERNANDEZ,<br><br>    Defendant. | Case No. 2:19-mj-684-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the hearing currently scheduled for June 23, 2020 at 1:30 PM be vacated and continued to October 6, 2020 or to a time and date convenient to the court.

    DATED this 22nd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE