# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMIE OBDULIO MADRID-HERNANDEZ,<br><br>    Defendant. | Case No. 2:19-mj-00684-VCF<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the Status Conference currently scheduled for Thursday, January 21, 2021 at 1:30 p.m., be vacated and continued to May 6, 2021 at 1:30 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

  DATED this  19  day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3